**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Connie Tindell, et al., | No. CV-24-00310-TUC-MAA |
| Plaintiffs, | **ORDER** |
| v. | |
| Northwest Hospital LLC, et al., | |
| Defendants. | |

On August 7, 2024, Magistrate Judge Michael A. Ambri issued a Report and Recommendation ("R&R") in the above captioned matter pursuant to General Order 21-25. (Doc. 15.) Judge Ambri recommended this Court grant Defendant United States of America's Federal Rule of Civil Procedure 12(b)(1) Motion to Dismiss because Plaintiffs have not administratively exhausted their claim pursuant to the Federal Tort Claims Act. (*Id.* at 4.) Judge Ambri further recommended that the action, as it relates to the remaining Defendant Northwest Hospital LLC, be remanded to the Pima County Superior Court. (*Id.* at 5.)

Judge Ambri notified Plaintiffs they had fourteen days to file written objections. (*Id.*) There was no objection filed and the time to do so has passed. If neither party objects to a Magistrate Judge's R&R, the District Court is not required to review the recommendation under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a Magistrate Judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a

party, under a *de novo* or any other standard." *Id.* at 154.

The Court has reviewed the Complaint (Doc. 1-4), Defendant United States of America's Motion to Dismiss (Doc. 5), Plaintiffs' Response (Doc. 9), Defendant's Reply (Doc. 14), and Judge Ambri's R&R (Doc. 15). The Court finds that Judge Ambri's conclusions are thorough and well-reasoned. The District Court lacks subject matter jurisdiction over Plaintiffs' claims against Defendant United States because Plaintiffs did not exhaust their administrative remedies. There is no supplemental jurisdiction or independent ground for subject matter jurisdiction for Plaintiffs' claim against Defendant Northwest Hospital. Therefore, the Court will grant the Motion to Dismiss as to Defendant United States pursuant to Rule 12(b)(1) and remand the matter against Defendant Northwest Hospital pursuant to 28 U.S.C. § 1447(c).

Accordingly,

**IT IS ORDERED** that:

(1) Magistrate Judge Ambri's Report and Recommendation is **ADOPTED**. (Doc. 15.)

(2) Defendant United States of America's Motion to Dismiss is **GRANTED**. (Doc. 5.) The claim against Defendant United States of America is **DISMISSED**.

(3) The matter as it relates to Defendant Northwest Hospital is **REMANDED** to Pima County Superior Court. The Clerk of Court shall docket accordingly.

Dated this 26th day of August, 2024.

Honorable Raner C. Collins
Senior United States District Judge